## Swearingen *v.* Sewickley Dairy Company.

Argued Oct. 22, 1900.   Appeals, Nos. 63, 64 and 65, Oct. T., 1900, by John I. Shaw, S. A. Duncan and Lewis Irwin, from decree of C. P. No. 1, Allegheny Co., Sept. T., 1899, No. 17, on bill in equity in case of T. Brent Swearingen, Assignee of Fleming Brothers, and such others as may become parties hereto, v. The Sewickley Dairy Company, John I. Shaw, S. A. Duncan, Lewis Irwin et al.   Before McCollum C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ.   Reversed.

Opinion by Mr. Justice Mitchell, January 7, 1901:

For reasons given in Swearingen v. Dairy Co., Byer's Appeal, opinion filed herewith, ante, p. 68, the decree is reversed and the bill directed to be dismissed with costs.